UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

                                          Crim. No. 13-20365
v.                                    Hon. George Caram Steeh

D-2 Roohi Ali,

      Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION
TO MODIFY CONDITIONS OF RELEASE
<u>TO ALLOW INTERNATIONAL TRAVEL</u>

      The court has reviewed defendant's motion (Doc. 22) and plaintiff's Opposition (Doc. 23). The court remains unpersuaded that permitting defendant to travel to Pakistan can occur while reasonably assuring her appearance for sentencing on March 14, 2017.

      Accordingly, defendant's motion is hereby DENIED.

      SO ORDERED.

Dated: November 28, 2016          <u>s/George Caram Steeh</u>
                                               United States District Judge

CERTIFICATE OF SERVICE

Copies of this document were served upon attorneys/parties
of record on date above by electronic and/or ordinary mail.

<u>s/Marcia Beauchemin</u>
Case Manager