UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Criminal No. 13-cr-20365

    Plaintiff,

v.                      Honorable George Caram Steeh

D-2   ROOHI ALI,

    Defendant.
_____/

## AMENDED PRELIMINARY ORDER OF FORFEITURE

The Stipulated Preliminary Order of Forfeiture that was entered against Defendant Roohi Ali on May 19, 2017 (dkt. #32) is hereby incorporated by reference, and pursuant to Federal Rules of Criminal Procedure 32.2(e), amended only to properly reflect the jewelry subject to forfeiture. All other terms of the Stipulated Preliminary Order of Forfeiture remain in effect.

IT IS ORDERED that pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(7) and 28 U.S.C. § 2461(c), the following property is hereby forfeited to the United States for disposition according to law:

    a. One (1) Man's Rolex Daytona-Oyster Perpetual-Chronometer-Cosmograph Watch, SN#M566352;

    b. One (1) Man's Round Dial Emporio Armani Watch;

    c. One (1) Lady's David Yurman Watch, T209-M, SN#A-03286;

    d. One (1) Lady's Movado "Museum" Watch stamped stainless steel;

    e. One (1) Lady's Rectangular Case Gucci Watch stamped stainless steel, SN#11061585; and

    f. One (1) Costume Jewelry Bangle Bracelet.

IT IS FURTHER ORDERED that the following jewelry, considered "marital/legacy jewelry," shall be returned to Defendant after sentencing has occurred, pursuant to the terms of the Rule 11 Plea Agreement dated October 15, 2013 (dkt. #16):

1. One (1) Lady's Side Stone Diamond Contemporary Style Ring stamped 18 kt. White Gold;

2. Two (2) Lady's Alternating Diamond and Emerald Bangle Bracelets stamped 18kt. Yellow Gold;

3. One (1) Lady's Free Form Leaf Motif Ring with Side Stone Diamonds stamped 18 kt. Yellow Gold;

4. One (1) Lady's Hand Assembled one-of-a-kind Cultured Pearl, Gold, Emerald, and Cubic Zirconia Bracelet; and

5. One (1) Pair of Lady's Triple Drop Cubic Zirconia and Green Bead Earrings.

The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

******************************************************************

**IT IS SO ORDERED.**

Date:  June 6, 2017

                                      s/George Caram Steeh
                                      HONORABLE GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE